IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01642-CMA-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-32,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 6, 2012.**

    Before the Court is Defendant John Doe 31's Motion for Leave to Proceed Anonymously, [filed September 4, 2012; docket #35] and Motion to Dismiss or Sever for Improper Joinder and to Quash Subpoena [filed September 4, 2012; docket #36].

    Doe 31's Motion for Leave to Proceed Anonymously [docket #35] is **granted** as follows. Defendant may proceed anonymously in this matter as "Doe 31" for the purpose of adjudicating any pending motion to quash and/or motion to dismiss/sever. Upon resolution of these motion(s), should the Defendant perceive a need to continue proceeding anonymously in this case, the Defendant must then seek permission from the Court to continue proceeding anonymously.

    Regarding docket #36, as set forth in this Court's August 30, 2012 order, due to its varied requests for relief, adjudication of the single motion will likely require several different standards of review and legal analyses of both *dispositive* and *non-dispositive* issues. Thus, in the interests of judicial efficiency and the proper management of its docket, the Court again **denies** the motion **without prejudice** and instructs the Defendant to file his requests for relief each in separate motions, as applicable. *See* D.C. Colo. LCivR 7.1C ("A motion shall be made in a separate paper.")