IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01642-CMA-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 9, 10, 13, and 31,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 18, 2012.**

    Before the Court is Defendant Doe #31's Motion to Quash Subpoena [docket #41]. The Plaintiff states in a Status Report filed October 12, 2012 that it "received the identity for John Doe 31 on September 11, 2012"; however, Plaintiff mentions nothing about receipt of identifying information in the briefing on the motion. Further, Doe #31 did not file a reply brief in support of the motion.

    The Court requests clarification from the parties, in the form of a written "Supplement" to be filed **on or before October 22, 2012**, as to whether Plaintiff has received Doe #31's identifying information in response to the subpoena.