# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01642-CMA-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-32,

    Defendants.

_____/

## SUPPLEMENT

On September 11, 2012, Plaintiff received the identity for John Doe 31 from Comcast Communications. As of today, Plaintiff has received the identities for all remaining John Doe Defendants.

Dated: October 22, 2012

    Respectfully submitted,

    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO 80163
    Phone: 303-875-5386
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    /s/ *Jason Kotzker*
    Jason Kotzker