IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01642-CMA-MEH

PATRICK COLLINS, INC.,

      Plaintiff,

v.

JOHN DOES 9, 10, 13, and 31,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2012.**

      In light of the Notice of Dismissal of all remaining Defendants filed by the Plaintiff on October 23, 2012, Defendant John Doe 31's Motion to Sever or Dismiss for Improper Joinder [filed September 11, 2012; docket #40] and Defendant Doe #31's Motion to Quash Subpoena [filed September 12, 2012; docket #41] are **denied as moot**.