**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01642-CMA-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-32,

    Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

In light of Plaintiff's Notice of Voluntary Dismissal of All Remaining John Doe Defendants Without Prejudice (Doc. # 56), and there being no further defendants in this case, this action is hereby DISMISSED WITHOUT PREJUDICE in its entirety.

DATED:  October   26  , 2012

                                              BY THE COURT:

                                              *Christine M. Arguello*

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge